# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES, | CASE NO. 1:06-CV-00148-REC-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

On February 10, 2006, plaintiff Carlos Corrales filed a complaint pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff neither paid the $250.00 filing fee in full nor filed an application to proceed in forma pauperis.

The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner. Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** March 21, 2006            /s/ Lawrence J. O'Neill
i0d3h8                               UNITED STATES MAGISTRATE JUDGE

1